JULIA SCHLEGEL, Appellant, v. GERTRUDE E. KIENZLE, Respondent.— Judgment and order reversed on the law and a new trial granted, costs to appellant to abide the event, on the ground that the admission of the testimony concerning defendant's injuries, to which exception was taken, and the charge of the court with reference to the duty of a passenger to protest were erroneous. Although as to the charge no direct exception was taken, the nature of the error makes a new trial necessary. (*Nelson* v. *Nygren*, 259 N. Y. 71.) Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

SCHULZ & SETLEIS, INC., Respondent, v. JAMES J. DOWNEY and WILLIAM F. MURTHA, Copartners Doing Business as DOWNEY & MURTHA, Appellants.— Order of Appellate Term affirming judgment of the Municipal Court reversed on the law and the facts, judgment of the Municipal Court reversed and complaint dismissed, with costs in all courts. We are of opinion that the taking of the leased property by the city of New York in condemnation proceedings was not a sale within the meaning of the lease made by the defendants to W. R. Schulz, the lessee named in the lease. Even if it were such a sale, there was no assignment to the plaintiff of the rights of Schulz under the lease justifying this action. Since there was no assignment, the security deposited may not be recovered by this plaintiff. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

MAX SCHWEIGER, Appellant, v. THE BROOKLYN CITY RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Young, Hagarty, Tompkins and Davis, JJ., concur; Lazansky, P. J., dissents and votes for reversal and a new trial.

MARY M. SCOTT, as Administratrix, etc., of FREDERICK W. SCOTT, Deceased, Respondent, v. CHAPMAN-KRUGE CORPORATION, Appellant, Impleaded with NEW YORK TELEPHONE COMPANY and Others, Defendants.— Judgment as amended and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

HARLO J. SPARKS, Respondent, v. WILLIAM KAUFMAN, Appellant, and Others, Defendants.— Order denying appellant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

ADOLPHINE SPRENGEL, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

VAN A. R. SUYDAM, Respondent, v. OUIDA J. SUYDAM, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and defendant's motion granted to the extent of vacating the judgment and opening her default and permitting her to serve an answer within ten days from the entry of the order herein, without costs. The default was excusable, not willful. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.